# UNITED STATES DISTRICT COURT
### Southern District of Georgia

**Office of the Clerk**
Post Office Box 8286
Savannah, Georgia 31412

*05-05M-MPT*

Scott L. Poff,
Clerk

Telephone (912) 650-4020

**November 10, 2005**

**Clerk, U.S. District Court**
District of Delaware
Lockbox 18
Wilmington, DE 19801

Transfer of Jurisdiction
CR404-199, USA v. Steven C. Phelps

Dear Clerk:

Please find enclosed a Transfer of Jurisdiction from the Southern District of Georgia, Savannah Division to the United States District Court for the District of Delaware along with copies of the Information and Docket Sheet.

Please acknowledge receipt of the above on the copy of the enclosed letter.

If you have any questions, please do not hesitate to call.

Sincerely,
Scott L. Poff

BY: _____
Jennifer Bodaford, Deputy


CC: Probation
    USM
    US Atty

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAV. DIV.

2004 AUG 16 AM 10: 23

CLERK
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | ) | INFORMATION NO. CR404-199 |
| | ) | |
| v. | ) | VIO: 21 U.S.C. 844 |
| | ) | 18 U.S.C. 7 and 13 |
| STEVEN C. PHELPS | ) | 40-5-121 |
| | ) | Possession of Marijuana |
| | ) | Driving Under Suspended |
| | ) | License |

05-05M-MPT

COUNT ONE

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 5th, 2004, on Fort Stewart Military Reservation, land under the exclusive jurisdiction of the United States and located in the Southern District of Georgia,

**STEVEN C. PHELPS**

did knowingly and intentionally possess marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844.

COUNT TWO

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 5th, 2004, on Fort Stewart Military Reservation, land under the exclusive jurisdiction of the United States and located within the Southern District of Georgia,

ATTEST: A TRUE COPY
Certified to 11/10/05

Deputy Clerk

STEVEN C. PHELPS

did unlawfully drive a motor vehicle while his driver's license was suspended, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-5-121.

LISA GODBEY WOOD
UNITED STATES ATTORNEY

Assistant US Attorney

Chester J. Gregg
Special Assistant US Attorney
Florida Bar

CLOSED

U.S. District Court
Southern District of Georgia (Savannah)
CRIMINAL DOCKET FOR CASE #: 4:04-cr-00199-GRS-ALL
Internal Use Only

05-05M-MPT

| | |
|---|---|
| Case title: USA v. Phelps | Date Filed: 08/16/2004 |

Assigned to: Magistrate Judge G. R. Smith

### Defendant

| | | |
|---|---|---|
| Steven C. Phelps (1)<br>TERMINATED: 11/10/2005 | represented by | Steven C. Phelps<br>7508 Whiteleyburg Street<br>Harrington, DE 19952<br>PRO SE |

| Pending Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Opening) | |
|---|---|
| None | |

| Terminated Counts | Disposition |
|---|---|
| 21 USC 844 Possession of marijuana (1) | Transferred to the District of Deleware |
| 18 USC 7 & 13; OCGA 40-5-121 Driving under suspended license (2) | Transferred to the District of Deleware |

| Highest Offense Level (Terminated) | |
|---|---|
| Misdemeanor | |

| Complaints | Disposition |
|---|---|
| None | |

### Plaintiff

| | | |
|---|---|---|
| United States of America | represented by | Chester J. Gregg<br>U.S. Attorney's Office<br>P.O. Box 8970<br>Savannah, GA 31412<br>912/652-4422<br>Fax: 912/652-4388 (fax)<br>LEAD ATTORNEY |

ATTEST: A TRUE COPY
Certified to  11/10/05
_____
Dep. Clerk

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2004 | | **Added Government Attorney Chester J. Gregg (jgb) (Entered: 08/16/2004) |
| 08/16/2004 | 1 | INFORMATION as to Steven C. Phelps (1) count(s) 1, 2 (jgb) (Entered: 08/16/2004) |
| 08/16/2004 | 2 | Penalty Certification by USA as to Steven C. Phelps (jgb) (Entered: 08/16/2004) |
| 09/22/2004 | | Arrest WARRANT issued as to Steven C. Phelps (jgb) (Entered: 09/22/2004) |
| 01/24/2005 | 3 | Arrest WARRANT Returned Unexecuted as to Steven C. Phelps (fbh) (Entered: 01/24/2005) |
| 01/24/2005 | | **Excludable stopped as to Steven C. Phelps (fbh) (Entered: 01/24/2005) |
| 11/10/2005 | 4 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to District of Deleware Counts closed as to Steven C. Phelps (1) Count 1,2. (jgb) (Entered: 11/10/2005) |
| 11/10/2005 | | TERMINATE CASE (jgb) (Entered: 11/10/2005) |