

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*                         *(302) 573-6277*
*1007 Orange Street, Suite 700*       *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

March 13, 2006

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

      **Re:**   **United States v. Steven C. Phelps**
              **Criminal Action No.   05-05-UNA**

Dear Judge Thynge:

      As the parties have previously discussed with the Court's Deputy, Mr. Kincaid, the defendant has agreed to change his plea pursuant to the enclosed, unexecuted,  Memorandum of Plea Agreement.  The parties understand that the Court is in the process of scheduling a Change of Plea hearing with counsel.  An original, executed Memorandum will be submitted at that hearing.

                      Respectfully submitted,

                      COLM F. CONNOLLY
                      United States Attorney

BY:         /s/
                      Christopher J. Burke
                      Assistant United States Attorney

Enclosure

cc:    Christopher Koyste, Esq.
        The Clerk of the Court