IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA , | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-05-UNA |
| | ) | |
| STEVEN C. PHELPS, | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

**PLEASE** enter the appearance of Christopher J. Burke, Assistant United States Attorney for the

District of Delaware, as attorney of record for the United States in the above-captioned case.

COLM F. CONNOLLY
United States Attorney


By:_____ /s/ _____

Christopher J. Burke
Assistant United States Attorney
Nemours Building, Suite 700
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6277, x142


Dated:    March 13, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA , | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 05-05-UNA |
| | ) |
| STEVEN C. PHELPS, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I, Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby

certify that on the 13th day of March, 2006, I caused to be electronically filed an **Entry of Appearance**

with the Clerk of the Court using CM/ECF.  Said document is available for viewing and downloading

from CM/ECF.  I further certify that a copy of the foregoing was hand delivered to counsel of record

as follows:

Christopher Koyste, Esq.
Assistant Federal Public Defender
Federal Public Defender, District of Delaware
704 King Street, Suite 110
Wilmington, DE  19801

/s/
Christopher J. Burke
Assistant United States Attorney