IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 05-05-UNA |
| ) | |
| STEVEN C. PHELPS, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER TO DISMISS

The United States of America, by and through its attorneys Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to dismiss Count Two of the Information, pursuant to the Memorandum of Plea Agreement.

                                                 COLM F. CONNOLLY
                                                 United States Attorney

                                      By:_____/s/_____
                                                 Christopher J. Burke
                                                 Assistant United States Attorney
                                                 Nemours Building, Suite 700
                                                 1007 Orange Street
                                                 P.O. Box 2046
                                                 Wilmington, DE 19899-2046
                                                 302-573-6277, x142

Dated:   April 28, 2006

    **IT IS SO ORDERED** this _____ day of _____, 2006.

                                                       _____
                                                       Honorable Mary Pat Thynge
                                                       United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 05-05-UNA |
| ) | |
| STEVEN C. PHELPS, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby certify that on the 28th day of March, 2006, I caused to be electronically filed a **Motion and Order to Dismiss** with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF and was served via CM/ECF on counsel of record as follows:

Christopher Koyste, Esq.
Assistant Federal Public Defender
Federal Public Defender, District of Delaware
704 King Street, Suite 110
Wilmington, DE  19801

/s/
Christopher J. Burke
Assistant United States Attorney

2