UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE



FILED IN OPEN COURT
4/27/06 KJK

| UNITED STATES OF AMERICA | CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A PETTY OFFENSE/MISDEMEANOR CASE |
|---|---|
| V. | |
| STEVEN C. PHELPS | CASE NUMBER: 05-05M-MPT |

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel. The Magistrate Judge has also informed me of my right to trial, judgment, and sentencing before a United States District Judge or a United States Magistrate Judge.

✓ _____  I HEREBY waive (give up) my right to trial, judgment and sentencing before a United States District Judge and I consent to trial, judgment and sentencing before a United States Magistrate Judge.

X _____
                    Defendant

✓ _____  The Magistrate Judge has advised me of my right to have at least thirty (30) days to prepare for trial before the Magistrate Judge. I HEREBY waive (give up) my right to have at least thirty days to prepare for trial.

X _____
                    Defendant

THIS SECTION FOR MISDEMEANOR CASES ONLY

✓ _____  The Magistrate Judge has advised me of my right to trial by jury for MISDEMEANOR CASES ONLY. I HEREBY waive (give up) my right to trial by jury.

_____
                    Defendant

FILED
APR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Consent by the United States _____
                                                    Signature

AUSA SHANNON HANSON, ESQ.
                    Name and Title

_____
Defendant's Attorney (if any)

Approved By: _____
                                    U.S. Magistrate

Date: 4/27/06