PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 05-05-MPT |
| Steven Phelps, | ) |
| Defendant. | ) |

### Petition on Probation and Supervised Release

COMES NOW <u>Nancy A. Klingler</u> Probation Officer of the Court presenting an official report upon the conduct and attitude of <u>Steven Phelps</u>, who was placed on supervision by the Honorable <u>Mary Pat Thynge</u>, sitting in the court at <u>Wilmington</u> on the <u>27th</u> day of <u>April 2006</u>, who fixed the period of supervision at <u>six months</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a drug or alcohol aftercare treatment program, at the direction of the probation officer, which may include urine testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER** ...a summons be issued for Steven Phelps so that he may appear before the Court for a hearing to determine if he has violated the conditions of supervised release.

**ORDER OF COURT**

So ordered this _____ day
of _____ 2006.

_____
Magistrate Judge

I declare under penalty of perjury the foregoing is true and correct,

_Nancy A. Klingler_
U.S. Probation Officer

Executed on   September 13, 2006

Place         Dover, Delaware

**Standard Condition #7:**  The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, expect as prescribed by a physician.

**Evidence:**  On July 19, 2006, the defendant tested positive for cocaine. On August 15, 2006, the defendant tested positive for marijuana, and on September 6, 2006, the defendant tested positive for cocaine and marijuana.

**Special Condition:** The defendant shall participate in a drug or alcohol treatment program, at the direction of the probation officer which may include urine testing.

**Evidence:** On August 29, 2006, the defendant failed to appear at Kent County Counseling for a random drug test as well as an individual counseling session.