AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

UNITED STATES OF AMERICA
V.

STEVEN PHELPS

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number: 05-05M-MPT

USM Number: 04942-015

Christopher S. Koyste, Esq.
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) SC# 7 and SPC #1 of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| STANDARD CONDITION # 7 | FAILURE TO REFRAIN FROM THE EXCESSIVE USE OF ALCOHOL OR PURCHASE, POSSESS, USE DISTRIBUTE OR ADMINISTER AND CONTROLLED SUBSTANCE UNLESS PRESCRIBED BY A PHYSICIAN | 7/19/2006 |
| SPECIAL CONDITION #1 | FAILURE TO APPEAR FOR A RANDOM DRUG TEST AT KENT COUNTY COUNSELING | 8/29/2006 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: -5036

Defendant's Date of Birth: 1981

Defendant's Residence Address:

HARRINGTON, DE 19952

Defendant's Mailing Address:

HARRINGTON, DE 19952

11/13/06
Date of Imposition of Judgment

Signature of Judge

Honorable Mary Pat Thynge, United States Magistrate Judge
Name and Title of Judge

11/16/06
Date

FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
          Sheet 2 Imprisonment

DEFENDANT: STEVEN PHELPS  
CASE NUMBER: 05-05M-MPT

Judgment Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

45 DAYS IMPRISONMENT

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____

   ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☒ before 2 p.m. on 12/15/2006

   ☐ as notified by the United States Marshal.

   ☒ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered 1/18/07 to FCI Fairton

a Fairton NJ with a certified copy of this judgment.

Paul M Schultz, Warden  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL

CERTIFIED:  
AS A TRUE COPY:  
ATTEST:  
PETER T. DALLEO, CLERK  
BY _____  
Deputy Clerk 11/20/06